**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al., Appellants,**

**v.**

**Elmer SHAW, Appellee.**

Court of Appeals of Kentucky.

June 8, 1956.

Charles H. Reynolds, Bell & Orr, Bowling Green, for appellants.

Cecil Wilson, Glasgow, for appellee.

PER CURIAM.

A judgment, pursuant to a jury's verdict, was entered in favor of Elmer Shaw for $315.65 against State Farm Mutual Automobile Insurance Company, William B. Ely and A. E. Ely. There was sufficient evidence to sustain the verdict.

The motion for an appeal is overruled, and the judgment is affirmed.